IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| EFRAIN DIAZ BETANCOURT | CASE NO. 10-02563 BKT |
| | CHAPTER 11 |
| Debtor(s) | ADVERSARY NO. 10-00109 |
| MARIA MAGDALENA CARRASQUILLO OLIVENCIA | |
| Plaintiff | |
| EFRAIN DIAZ BETANCOURT | FILED & ENTERED ON 08/12/2010 |
| Defendant(s) | |

### ORDER

Plaintiff to respond, within thirty (30) days, to defendant's motion to dismiss complaint (docket #7).

SO ORDERED.

San Juan, Puerto Rico, this 12 day of August, 2010.

Brian K. Tester
U.S. Bankruptcy Judge