**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | |
| EFRAIN DIAZ BETANCOURT | CASE NO. 10-02563 BKT |
| | CHAPTER 11 |
| Debtor(s) | ADVERSARY NO. 10-00109 |
| MARIA M CARRASQUILLO OLIVENCIA | |
| Plaintiff | |
| EFRAIN DIAZ BETANCOURT | FILED & ENTERED ON 10/04/2010 |
| Defendant(s) | |

## ORDER AND NOTICE

Defendant's motion to dismiss complaint (docket #7) is hereby DENIED. The defendant is ordered to answer the complaint within thirty (30) days; and it is further

ORDERED that the pretrial scheduling conference set for 10/27/2010 at 9:00am is hereby rescheduled for 12/15/2010 at 9:00am at the U.S. Bankruptcy Court for the District of Puerto Rico, U.S. Post Office & Courthouse Bldg., 300 Recinto Sur, Third Floor, Courtroom #3, San Juan, Puerto Rico.

SO ORDERED.

San Juan, Puerto Rico, this 04 day of October, 2010.

Brian K. Tester
U.S. Bankruptcy Judge